**Order entered March 17, 2020**



In The
Court of Appeals
Fifth District of Texas at Dallas

## No. 05-20-00073-CV

## IN RE ALPHA-BARNES REAL ESTATE SERVICES, L.L.C., Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-14-01652-C**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ

of mandamus.


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE


Schenck, J. dissenting.